**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6446

SHAWN ALAN NOBREGA,

Plaintiff - Appellant,

versus

PITTSYLVANIA COUNTY SHERIFF'S OFFICE; MAT
DAWSON, Road Deputy,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (CA-05-127-SGW)

Submitted:  May 12, 2005                Decided:  May 18, 2005

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shawn Alan Nobrega, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shawn Alan Nobrega appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nobrega v. Pittsylvania County Sheriff's Office, No. CA-05-127-SGW (W.D. Va. Mar. 3 & Mar. 17, 2005). We deny Nobrega's motions for appointment of counsel, for a new trial, and to strike prior criminal record from other states. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED